# Order

**Lansing, Michigan**

September 18, 2015

Robert P. Young, Jr.,
Chief Justice

Rehearing No. 610

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Berstein,
Justices

149798(83)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TIMOTHY WARD JACKSON, a/k/a TIMOTHY
WARD-JACKSON,
        Defendant-Appellant.
_____/

SC:  149798
COA:  310177
Wayne CC:  10-013476-FC

On order of the Court, the motion for rehearing is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2015



Clerk